MAY 13, 1999
DISTRICT OF COLUMBIA
Metropolitan Police Department
Seventh District
Violent Crimes Unit
Homicide Cold Case Squad

CUSTODIAL INTERVIEW OF BOBBY CAPIES

ADDITIONAL IDENTIFIERS:
DOB
MONIKER
LKA
H/P
SCARS/TATOOS:


LIVES WITH   :


CONVICTIONS :

PENDING CASES:

On Thursday, May 13, 1999, the above named individual was delivered to the Homicide Cold Case Office by representatives of the District of Columbia Department of Corrections. The interview was scheduled by the undersigned after receiving information that Mr. CAPIES wanted to discuss several murders he knew about. The following information was provided by CAPIES:

HOMICIDE SHOOTING OF RONNIE MIDDLETON & SABRINA BRADLEY

H.O. 98-0865, 98-0866

CAPIES is not an eyewitness to this offense. He is however an earwitness. CAPIES states that in mid August of last year, at a time when he was serving time for an Escape conviction at the Youth Center, CAPIES' fellow inmate, whom he identified as "BLUE", stated "Niggas around the park (Congress Park) hit "SQUID" and SABRINA."

-2-

CAPIES seems to recall that BLUE mentioned that the incident took place the previous day. CAPIES advised that although he hadn't learned of the shooting until BLUE mentioned it to him, he did know that three of his Congress Park friends, whom he identified as ANTONIO "L.T." ROSE, ANTOINE "DRAINO" DRAINE and DAVID "COOL WHOP" WILSON, were in fact actively hunting for SQUID. After learning this information from BLUE, CAPIES states he placed a call to ROSE's house (561-3467). He briefly spoke to DRAINE who bragged "We was ballin' (shooting) last night." Thereafter, ROSE took the phone at which time he mentioned " You know we was ballin' against the 15th Place niggas." CAPIES wanted clarification as to who specifically they were ballin' against at which time ROSE stated "SQUID". CAPIES recalls asking ROSE to describe what happened to which ROSE responded "Yeah, I dunked (shot) on him. The only thing about it though, there was a broad in the truck....we thought it was a dude." CAPIES asked if police were looking for them. ROSE maintained " No, nobody seen nothing." CAPIES also recalls ROSE mentioning that "TEENY MAN" was in the back of the truck (decedent's Bronco) at the time of the shooting but that he managed to jump through a back window and run from the scene. As he related this information, ROSE claimed " My Glock was empty. Trust me, if it wasn't, he (TEENY MAN) wouldn't of made it either." According to CAPIES, ROSE mentioned that he, DRAINE and WILSON arrived on the scene of the shooting in a Pontic 6000 station wagon which apparently was owned by a crack head. ROSE added that as he crept up on the Bronco, he saw movement in the back of the truck.

-3-

ROSE bragged that as he approached the driver's side of the vehicle, "I just started dunkin'. I wanted to make sure I got all them head shots." ROSE further mentioned that the Bronco sped off and he and his colleagues followed/chased it until it turned onto Alabama Avenue. ROSE advised CAPIES that when they broke off their pursuit, they surmised that they (occupants of Bronco) were en route to the hospital.