THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID WILSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 13-2053 (JEB) |
| ) | |
| UNITED STATES DEPARTMENT OF JUSTICE, ) | |
| *et. al.*, ) | |
| ) | |
| Defendants. ) | |

## NOTICE

Defendant, the Executive Office of the United States Attorneys, respectfully submits this Notice in accordance with the Court's May 21, 2014 Memorandum Opinion and Order directing the Defendant to file a Notice by June 19, 2014, informing the Court and Plaintiff of how it wishes to proceed. *See* ECF No. 17. In support of this notice, Defendant submits the Declaration of Karin Kelly, paralegal specialist and Freedom of Information Act ("FOIA") Coordinator of the Civil Division of the United States Attorney's Office for the District of Columbia, as Attachment 1. ("Kelly Decl.").

The Court's May 21, 2014 Order directed the Defendant to submit a notice to the Court which addresses whether Defendant has located the tape, whether it will turn over a redacted or unredacted version, or whether it is claiming exemptions that justify withholding. Plaintiff sought the actual recording, or a transcript of the recording, which took place between Bobby Capies and Antonio Robinson. *See* Compl, ECF No. 1; *see also* ECF No. 10 ¶ 5. Despite an exhaustive and thorough search of the 160 boxes of the applicable case file, the declarant was unable to locate the recording, or a transcript of the recording. *See* Kelly Decl. at ¶¶ 7-14. The

only responsive document found that related to Plaintiff's FOIA request was the same document Plaintiff submitted (and of which Defendant submitted an unredacted version) during this litigation. *Id.* at ¶¶ 14-16; *see also* ECF No. 10 Attachment A and ECF No. 12, Attachment 2. As of June 19, 2014, the Defendant is unable to locate the recording, or the transcript of the recording that Plaintiff seeks. Kelly Dec. ¶ 17

Respectfully, since the Defendant was unable to locate the responsive record, Defendant seeks a reasonable amount of time to file a renewed motion for summary judgment on the basis of the adequacy of its search for the recording and/or transcript.

June 19, 2014

Respectfully submitted,

RONALD C. MACHEN, JR., D.C. BAR #447889
United States Attorney
for the District of Columbia

DANIEL F. VAN HORN, D.C. BAR #924092
Chief, Civil Division

By: _____/s/_____
Timothy Broomhead, IL State Bar #6302485
Special Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2569
Timothy.Broomhead@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that I caused a copy of Defendant's Notice to be served on *pro se* Plaintiff by first class mail addressed to:

David Wilson
01503-748
McCreary United States Penitentiary
P.O. Box 3000
Pine Knot, KY  42635

on this 19th day of June, 2014.

　　__/s/ Timothy Broomhead__
Timothy Broomhead
Special Assistant United States Attorney
555 4th Street, N.W., E-4916
Washington, D.C.  20530
Tel: (202) 252-2569
timothy.broomhead@usdoj.gov